# NO. 12-10-00182-CV

# IN THE COURT OF APPEALS

# TWELFTH COURT OF APPEALS DISTRICT

# TYLER, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| *IN RE: TPF II EAST TEXAS GATHERING, L.L.C., RELATOR* | § | *ORIGINAL PROCEEDING* |
|  | § |  |

### MEMORANDUM OPINION
### PER CURIAM

Relator, TPF II East Texas Gathering, LLC, has filed a motion to "withdraw" its petition for writ of mandamus filed on June 16, 2010. In its motion, TPF states that the parties have reached a resolution of this dispute and no longer wish to pursue this original proceeding. Because the parties have met the requirements of Texas Rule of Appellate Procedure 42.1(a)(1), our stay of June 17, 2010 is lifted, the motion is granted, and the proceeding is dismissed.

Opinion delivered June 23, 2010.
*Panel consisted of Worthen, C.J., Griffith, J., and Hoyle, J.*

(PUBLISH)